**FILED**

04/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0111



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0111

JADA KU,

     Plaintiff and Appellant,

  v.

GREAT FALLS PUBLIC LIBRARY,

     Defendant and Appellee.

**FOURTH**

ORDER OF MEDIATOR APPOINTMENT

Timothy McKittrick, the mediator previously appointed in this matter, has notified the Court that he is unable to fulfil this appointment. Accordingly, Mr. McKittrick's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **Channing J. Hartelius, 401 3rd Avenue N., P.O. Box 1024, Great Falls, MT 59403,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 14th day of April, 2021.

Bowen Greenwood, Clerk of the Supreme Court

c:      Jada Ku, 300 56th Street S., Great Falls, MT 59405
        Jean E. Faure, P.O. Box 2466, Great Falls, MT 59403